UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:20-cv-04689-JFW-JCx     Date July 26, 2021

Title: Joseph Cameron v. City of El Segundo, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Presentq     Not Present

Proceedings:  ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 7/26/21 [75] .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer     sr